THE STATE EX REL. FANT, APPELLANT, *v.* ENRIGHT, CLERK, APPELLEE.

[Cite as *State ex rel. Fant v. Enright* (1994), 68 Ohio St.3d 505.]

(No. 93–2206—Submitted February 22, 1994—Decided March 23, 1994.)

---

*Henry J. Fant, pro se.*

*Michael Miller,* Franklin County Prosecuting Attorney, and *Jeffrey L. Glasgow,* Assistant Prosecuting Attorney, for appellee.

The judgment of the court of appeals is affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.